# Edwards & Angell LLP

919 North Market Street   Wilmington, DE 19801   302.777.7770   *fax* 302.777.7263

Denise Seastone Kraft
302.425.7106
*fax* 888.325.9741
dkraft@EdwardsAngell.com

March 10, 2005

**BY HAND**

Honorable Sue L. Robinson
U.S. District Court for the District of Delaware
844 North King Street
Lockbox 31
Wilmington, DE 19801

    Re:   *The CTC Litigation Trust v. Robert J. Fabbricatore, et al.*
            C.A. No. 05-CV-68

Dear Chief Judge Robinson:

This firm represents Defendants Katherine D. Courage, Henry Hermann, Kevin J. Maroni, J. Richard Murphy, Robert Nicholson, Mark E. Nunnelly, Richard J. Santagati, Ralph C. Sillari, Scott M. Sperling and Ralph S. Troup ("Outside Director Defendants"). I am in receipt of a letter to the Court dated February 24, 2005 from Counsel for CTC Litigation Trust, Chad Toms, stating that on February 23, 2005, the Honorable Paul B. Lindsey issued an Order transferring this action to the United States Bankruptcy Court for the District of Massachusetts ("the Transfer Order") and requesting that the Court remove from its pending docket the Motion of Outside Director Defendants for Withdrawal of the Reference Under 28 U.S.C. §157(D) and Fed. R. Bankr. P. 5011 ("Withdrawal Motion") because of the entry of the Transfer Order in Bankruptcy Court. I write to update the Court on the status of this matter.

On March 4, 2005, the Outside Director Defendants' filed in the Bankruptcy Court an Objection to the Bankruptcy Court's February 22, 2005 Recommendation to Grant Plaintiff's and One Defendant's Joint Motion to Transfer Venue to the United States Bankruptcy Court for the District Of Massachusetts [Docket No. 123] (the "Objection"). The basis of the Objection is that the Transfer Order included the non-core actions filed against the Outside Director Defendants for breaches of fiduciary duty and that Bankruptcy Court Orders involving non-core matters must be reviewed *de novo* by the District Court pursuant to 28 U.S.C. § 157(a). The CTC Litigation Trust's response is due March 18, 2005. After briefing on the Objection is completed, the objection should be transferred by the Bankruptcy Court to the District Court for determination pursuant to Federal Rule of Bankruptcy Procedure 9033. Accordingly, the pending Outside Director Defendants' Withdrawal Motion should *not* be removed from the pending docket at this time.

Edwards & Angell LLP

Honorable Sue L. Robinson
March 10, 2005
Page 2

Respectfully,

Denise Seastone Kraft

DSK/jkg

cc:     Attached service list