FOR THE DISTRICT OF DELAWARE
IN THE UNITED STATES DISTRICT COURT

| | |
|---|---|
| In re<br><br>CTC COMMUNICATIONS GROUP,<br>INC., et al.,<br><br><br>Debtor. | Case No. 02-12873 (PJW)<br><br>Adv. Pro. No. 04-55760 (PBL) |
| THE CTC LITIGATION TRUST,<br><br>Plaintiff,<br>v.<br>ROBERT J. FABBRICATORE, et al.,<br><br>Defendants. | C.A. No. 05-CV-68 |

### NOTICE OF LODGING OF COMPLETION OF BRIEFING REGARDING DOCKET NO. 123 IN U.S. BANKRUPTCY COURT ADVERSARY PROCEEDING NO. 04-55760 AND THE DOCUMENTS THEREIN

PLEASE TAKE NOTICE that Defendants Henry Hermann, Kevin J. Maroni, J. Richard Murphy, Robert Nicholson, Richard J. Santagati, Ralph C. Sillari, Ralph S. Troupe, Scott M. Sperling, Katherine D. Courage and Mark E. Nunnelly (collectively "Outside Director Defendants") have filed the following pleadings with the Clerk pursuant to Federal Rule of Bankruptcy Procedure 9033 and hereby designates the pleadings as identified below so that the designations may be included in the record upon which this case is decided.

1. Order dated February 22, 2005 [Bankruptcy Court D.I. 123];

2. Outside Director Defendants' Objection to the Bankruptcy Court's February 22, 2005 Recommendation to Grant Plaintiff's and One Defendant's Joint

Motion to Transfer Venue to the United States Bankruptcy Court for the District of Massachusetts [Bankruptcy Court D.I. 129];

3. Plaintiff's Objection to Outside Director Defendants' Objection to the Bankruptcy Court's February 22, 2005 Recommendation to Grant the Plaintiff's and One Defendant's Joint Motion to Transfer Venue to the United States Bankruptcy Court for the District of Massachusetts [Bankruptcy Court D.I. 130];

4. Outside Director Defendants' Reply Brief to Plaintiff's Objection to Outside Director Defendants' Objection to the Bankruptcy Court's February 22, 2005 Recommendation to Grant the Plaintiff's and One Defendant's Joint Motion to Transfer Venue to the United States Bankruptcy Court for the District of Massachusetts [Bankruptcy Court D.I. 131];

5. Notice of Completion of Briefing [Bankruptcy Court D.I. 132].

Dated: May 25, 2005
Wilmington, Delaware

EDWARDS & ANGELL LLP

_/s/ Denise S. Kraft_
Stuart M. Brown (No. 4050)
Denise Seastone Kraft (No. 2778)
Mark D. Olivere (No. 4291)
919 N. Market Street, 14th Floor
Wilmington, DE 19801
(302) 777-7770
(302) 777-7263 Facsimile
sbrown@edwardsangell.com
dkraft@edwardsangell.com
molivere@edwardsangell.com

Filed on behalf of Outside Director Defendants
Henry Hermann, Kevin J. Maroni,
J. Richard Murphy, Robert Nicholson,
Richard J. Santagati, Ralph C. Sillari,
Ralph S. Troup, Scott M. Sperling,
Katherine D. Courage and Mark E. Nunnelly

John D. Hughes
Steven M. Cowley
EDWARDS & ANGELL, LLP
101 Federal Street
Boston, MA 02110-1800
(617) 951-2283
scowley@edwardsangell.com

Attorneys for Robert Nicholson
and Kevin J. Maroni


John D. Donovan, Jr.
Erin T. Fontana
ROPES & GRAY LLP
One International Place
Boston, MA 02110
(617) 951-7000
(617) 951-7050 Facsimile
jdonovan@ropesgray.com

Attorney for Mark E. Nunnelly


T. Christopher Donnelly
DONNELLY, CONROY & GELHAAR, LLP
One Beacon Street, 33rd Floor
Boston, MA 02108
(617) 720-2880
(617) 720-3554 Facsimile
tcd@dcglaw.com

Attorney for Richard J. Santagati, J. Richard
Murphy, Henry Hermann, Ralph C. Sillari
and Ralph S. Troupe


Diane Harvey
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY 10153
(212) 310-8000
(212) 310-8007 Facsimile
diane.harvey@weil.com

WLM_501852_1/DKRAFT

- 4 -

Attorney for Scott M. Sperling and
Katherine D. Courage

WLM_501852_1/DKRAFT