# Edwards &Angell LLP

919 North Market Street   Wilmington, DE 19801   302.777.7770   *fax* 302.777.7263

Denise Seastone Kraft
302.425.7106
*fax* 888.325.9741
dkraft@EdwardsAngell.com

May 16, 2005

**VIA E-FILE**

Honorable Sue L. Robinson
U.S. District Court for the District of Delaware
844 North King Street
Lockbox 31
Wilmington, DE 19801

Re:   *The CTC Litigation Trust v. Robert J. Fabbricatore, et al.*
      C.A. No. 05-CV-68

Dear Chief Judge Robinson:

This firm represents Defendants Katherine D. Courage, Henry Hermann, Kevin J. Maroni, J. Richard Murphy, Robert Nicholson, Mark E. Nunnelly, Richard J. Santagati, Ralph C. Sillari, Scott M. Sperling and Ralph S. Troup ("Outside Director Defendants"). Briefing is now complete on Outside Director Defendants' Objection to the Bankruptcy Court's February 22, 2005 Recommendation to Grant Plaintiff's and One Defendant's Joint Motion to Transfer Venue to the United States Bankruptcy Court for the District of Massachusetts [Bankruptcy Court D.I. 129] (the "Objection") and the parties briefs in this matter were lodged with the Court on May 5, 2005 [D.I. 5].

The Outside Director Defendants respectfully request oral argument on the Objection. If the Court should have any questions, counsel is available.

Respectfully,

Denise Seastone Kraft

DSK/jkg

cc:   Attached service list

WLM_501924_1/DKRAFT

BOSTON | FT. LAUDERDALE | HARTFORD | NEW YORK | PROVIDENCE | SHORT HILLS, NJ | STAMFORD | WEST PALM BEACH | WILMINGTON | LONDON