# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| CTC COMMUNICATIONS GROUP, | ) | |
| INC., et al., | ) | Case No. 02-12873 (PJW) |
| | ) | |
| Debtors. | ) | Adv. Proc. No. 04-55760 (PBL) |
| _____ | ) | |
| THE CTC LITIGATION TRUST, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 05-CV-68 (SLR) |
| | ) | |
| ROBERT J. FABBRICATORE, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF TELEPHONIC STATUS CONFERENCE

Please take notice that the Court will hold a telephonic status conference on the above-captioned case on **June 7, 2005 at 8:00 a.m.**  The dial-in information for the status conference is as follows:

        1-877-292-2287
        Passcode:     710864

All parties wishing to participate should be on the call no later than 7:50 a.m.

        /s/ Chad J. Toms
        Mark Minuti (No. 2659)
        Linda Richenderfer (No. 4138)
        Chad J. Toms (No. 4155)
        **SAUL EWING LLP**
        222 Delaware Avenue, Suite 1200
        P.O. Box 1266
        Wilmington, DE  19899
        (302) 421-6840

        Counsel for The CTC Litigation Trust

Dated:  May 18, 2005

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| CTC COMMUNICATIONS GROUP, | ) | |
| INC., et al., | ) | Case No. 02-12873 (PJW) |
| | ) | |
| Debtors. | ) | Adv. Proc. No. 04-55760 (PBL) |
| ──────────────────────── | ) | |
| THE CTC LITIGATION TRUST, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 05-CV-68 (SLR) |
| | ) | |
| ROBERT J. FABBRICATORE, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## CERTIFICATE OF SERVICE

I, Chad J. Toms, Esquire hereby certify that on May 18, 2005, a copy of the foregoing **Notice Of Telephonic Status Conference** was served on the parties on the attached service list in the manner indicated.

/s/ Chad J. Toms
Chad J. Toms (No. 4155)
**SAUL EWING LLP**
222 Delaware Avenue, Suite 1200
P.O. Box 1266
Wilmington, DE 19899
(302) 421-6800

521205.1 5/18/05

**THE CTC LITIGATION TRUST v. ROBERT J. FABBRICATORE**, *et al*.
Service List

**Via Hand Delivery:**

Kevin Gross, Esquire
Rosenthal, Monhait, Gross &
 Goddess P.A.
919 Market Street, Suite 1401
Wilmington, DE  19899

Stuart M. Brown, Esquire
Denise Seastone Kraft, Esquire
Edwards & Angell LLP
919 N. Market Street, 14th Floor
Wilmington, DE  19801

Adam Landis, Esquire
Landis Rath & Cobb LLP
919 Market Street, Suite 600
P.O. Box 2087
Wilmington, DE  19801

Daniel A. Griffith, Esquire
Marshall, Dennehey, Warner,
 Colman & Goggin
1220 N. Market Street, 5th Floor
P.O. Box 8888
Wilmington, DE  19899-8888

Kenneth J. Nachbar, Esquire
Donna Culver, Esquire
1201 N. Market Street
P.O. Box 1347
Wilmington, DE  19899-1347

**Via U.S. Mail:**
Paul Glickman, Esquire
Glickman Turley, LLP
250 Summer Street
Boston, MA  02110

Diane Harvey, Esquire
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY  10153

James L. Messenger, Esquire
Weil, Gotshal & Manges, LLP
100 Federal Street
Boston, MA  02110

T. Christopher Donnelly, Esquire
Donnelly, Conroy & Gelhaar, LLP
One Beacon Street, 33rd Street
Boston, MA  02108

Steven Cowley, Esquire
Edwards & Angell LLP
101 Federal Street
Boston, MA  02110

John D. Donovan, Jr., Esquire
Ropes & Gray LLP
One International Place
Boston, MA  02110

Howard Holderness, Esquire
Morgan, Lewis & Bockius LLP
One Market, Spear Tower
San Francisco, CA  94105

David J. Poirier, Esquire
Young & Susser, P.C.
26200 American Drive, Suite 305
Southfield, MI  48034

Jonathan W. Fitch, Esquire
John Miller, Esquire
Sally & Fitch LLP
225 Franklin Street
Boston, MA  02110

521205.1 5/18/05

Epiphany Ventures
c/o Robert Fabbricatore, Principal
77 Barnard Avenue
Watertown, MA  02472-3412

Epiphany Ventures
c/o Robert Fabbricatore, Principal
124 Hopewell Point Road
P.O. Box 2107
Wolfeboro, NH  03894

521205.1 5/18/05