IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: ) | |
| ) | |
| CTC COMMUNICATIONS GROUP, ) | |
| INC., et al., ) | Case No. 02-12873 (PJW) |
| ) | |
| Debtors. ) | Adv. Proc. No. 04-55760 (PBL) |
| ) | |
| THE CTC LITIGATION TRUST, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 05-CV-68 (SLR) |
| ) | |
| ROBERT J. FABBRICATORE, et al., ) | |
| ) | |
| Defendants. ) | |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE
### (Michael Tabb)

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission pro hac vice of Michael Tabb of the law firm Greene & Hoffman, 125 Summer Street, Suite 1410, Boston, MA 02110 to represent The CTC Litigation Trust in this action.

_____
Chad J. Toms (No. 4155)
**SAUL EWING LLP**
222 Delaware Avenue, Suite 1200
P.O. Box 1266
Wilmington, DE 19899
(302) 421-6800

## ORDER GRANTING MOTION

**IT IS HEREBY ORDERED** counsel's motion for admission pro hac vice for Michael Tabb is granted.

_____
Judge

Dated: _____, 2005

521640.1 5/27/05

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the Commonwealth of Massachusetts and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/5/05, I further certify that the annual fee of $25.00 has been submitted to the Clerk's Office.

Michael Tabb
**GREENE & HOFFMAN**
125 Summer Street, Suite 1410
Boston, MA  02110
(617) 261-0040

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: ) | |
| ) | |
| CTC COMMUNICATIONS GROUP, ) | |
| INC., et al., ) | Case No. 02-12873 (PJW) |
| ) | |
| Debtors. ) | Adv. Proc. No. 04-55760 (PBL) |
| ) | |
| THE CTC LITIGATION TRUST, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 05-CV-68 (SLR) |
| ) | |
| ROBERT J. FABBRICATORE, et al., ) | |
| ) | |
| Defendants. ) | |

## CERTIFICATE OF SERVICE

I, Chad J. Toms, Esquire hereby certify that on May 31, 2005, a copy of the foregoing **Motion And Order For Admission Pro Hac Vice (Michael Tabb)** was served by U.S. Mail on the parties on the attached service list.

Chad J. Toms (No. 4155)
SAUL EWING LLP
222 Delaware Avenue, Suite 1200
P.O. Box 1266
Wilmington, DE 19899
(302) 421-6800

521640.1 5/31/05

THE CTC LITIGATION TRUST v. ROBERT J. FABBRICATORE, *et al.*
Service List

Kevin Gross, Esquire
Rosenthal, Monhait, Gross &
  Goddess P.A.
919 Market Street, Suite 1401
Wilmington, DE 19899

Stuart M. Brown, Esquire
Denise Seastone Kraft, Esquire
Edwards & Angell LLP
919 N. Market Street, 14th Floor
Wilmington, DE 19801

Adam Landis, Esquire
Landis Rath & Cobb LLP
919 Market Street, Suite 600
P.O. Box 2087
Wilmington, DE 19801

Daniel A. Griffith, Esquire
Marshall, Dennehey, Warner,
  Colman & Goggin
1220 N. Market Street, 5th Floor
P.O. Box 8888
Wilmington, DE 19899-8888

Kenneth J. Nachbar, Esquire
Donna Culver, Esquire
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347

Paul Glickman, Esquire
Glickman Turley, LLP
250 Summer Street
Boston, MA 02110

Diane Harvey, Esquire
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153

James L. Messenger, Esquire
Weil, Gotshal & Manges, LLP
100 Federal Street
Boston, MA 02110

T. Christopher Donnelly, Esquire
Donnelly, Conroy & Gelhaar, LLP
One Beacon Street, 33rd Street
Boston, MA 02108

Steven Cowley, Esquire
Edwards & Angell LLP
101 Federal Street
Boston, MA 02110

John D. Donovan, Jr., Esquire
Ropes & Gray LLP
One International Place
Boston, MA 02110

Howard Holderness, Esquire
Morgan, Lewis & Bockius LLP
One Market, Spear Tower
San Francisco, CA 94105

David J. Poirier, Esquire
Young & Susser, P.C.
26200 American Drive, Suite 305
Southfield, MI 48034

Jonathan W. Fitch, Esquire
John Miller, Esquire
Sally & Fitch LLP
225 Franklin Street
Boston, MA 02110

Epiphany Ventures
c/o Robert Fabbricatore, Principal
77 Barnard Avenue
Watertown, MA 02472-3412

Epiphany Ventures
c/o Robert Fabbricatore, Principal
124 Hopewell Point Road
P.O. Box 2107
Wolfeboro, NH 03894

521640.1 5/31/05