FOR THE DISTRICT OF DELAWARE
IN THE UNITED STATES DISTRICT COURT

| | |
|---|---|
| In re ) | |
| ) | |
| CTC COMMUNICATIONS GROUP, ) | |
| INC., et al., ) | Case No. 02-12873 (PJW) |
| ) | |
| ) | Adv. Pro. No. 04-55760 (PBL) |
| Debtor. ) | |
| ) | |
| THE CTC LITIGATION TRUST, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | C.A. No. 05-CV-68 |
| ROBERT J. FABBRICATORE, et al., ) | |
| ) | |
| Defendants. ) | |

### MOTION AND ORDER FOR ADMISSION PRO HAC VICE
### (Steven M. Cowley)

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission pro hac vice of Steven M. Cowley of the law firm of Edwards & Angell, LLP, 101 Federal Street, Boston, Massachusetts 02110 to represent Defendants Henry Hermann, Kevin J. Maroni, J. Richard Murphy, Robert Nicholson, Richard J. Santagati, Ralph C. Sillari, Ralph S. Troup, Scott M. Sperling, Katherine D. Courage and Mark E. Nunnelly in this action.

Dated: June 6, 2005          EDWARDS & ANGELL LLP
Wilmington, Delaware

/s/ Denise Seastone Kraft
Denise Seastone Kraft (No. 2778)
919 N. Market Street, Suite 1500
Wilmington, DE 19801
(302) 777-7770
(302) 777-7263 Facsimile
dkraft@edwardsangell.com

### ORDER GRANTING MOTION

**IT IS HEREBY ORDERED** counsel's motion for admission pro hac vice for Steven M. Cowley is granted.

_____
Honorable Sue L. Robinson

Dated:_____

WLM_502086_1/DKRAFT

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the Commonwealth of Massachusetts and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective January 5, 2005, I further certify that the annual fee of $25.00 has been submitted to the Clerk's office.

/s/ Steven M. Cowley
Steven M. Cowley
EDWARDS & ANGELL, LLP
101 Federal Street
Boston, MA 02110