## CERTIFICATE OF SERVICE

I, Denise Seastone Kraft, certify that on this 6th day of June, 2005, I caused true and correct copies of the **MOTION AND ORDER FOR ADMISSION PRO HAC VICE OF STEVEN M. COWLEY** to be served on the parties on the attached service list by First Class Mail.

/s/ Denise Seastone Kraft
Denise Seastone Kraft (No. 2778)

## CTC LITIGATION – SERVICE LIST

Linda Richenderfer, Esquire
Chad J. Toms, Esquire
Saul Ewing LLP
222 Delaware Avenue, Suite 1200
Wilmington, DE 19801

Office of the United States Trustee
844 King Street, Room 2207
Lockbox 35
Wilmington, DE 19801

Leonard R. Glass
c/o Daniel A. Griffith, Esquire
Marshall, Dennehey, Warner, Colman & Goggin
1220 N. Market Street, 5th Floor
P.O. Box 8888
Wilmington, DE 19899-8888

UBS Paine Webber RMA
c/o Kenneth J. Nachbar, Esquire
Donna Culver, Esquire
Morris Nichols Arsht & Tunnell
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347

Robert J. Fabbricatore
c/o Paul Glickman, Esquire
Glickman Turley, LLP
250 Summer Street
Boston, MA 02110

Katherine D. Courage
c/o Diane Harvey, Esquire
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153

J. Richard Murphy
c/o T. Christopher Donnelly, Esquire
Donnelly, Conroy & Gelhaar, LLP
One Beacon Street, 33rd Street
Boston, MA 02108

Mark E. Nunnelly
c/o John D. Donovan, Jr., Esquire
Ropes & Gray LLP
One International Place
Boston, MA 02110

Carl Redfield
c/o Howard Holderness, Esquire
Morgan, Lewis & Bockius LLP
One Market, Spear Tower
San Francisco, CA 94105

Richard J. Santagati
c/o T. Christopher Donnelly, Esquire
Donnelly, Conroy & Gelhaar, LLP
One Beacon Street, 33rd Street
Boston, MA 02108

Ralph C. Sillari
c/o T. Christopher Donnelly, Esquire
Donnelly, Conroy & Gelhaar, LLP
One Beacon Street, 33rd Street
Boston, MA 02108

Scott M. Sperling
c/o Diane Harvey, Esquire
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153

Ralph S. Troupe
c/o T. Christopher Donnelly, Esquire
Donnelly, Conroy & Gelhaar, LLP
One Beacon Street, 33rd Street
Boston, MA 02108

Henry Hermann
c/o T. Christopher Donnelly, Esquire
Donnelly, Conroy & Gelhaar, LLP
One Beacon Street, 33rd Street
Boston, MA 02108
John F. Polmonari
7 Stearn Street, #3
Framingham, MA 01701

Arlington Home & Building, Inc.
Attn: Stephen Reposa, Principal
34 R. Dudley Street
Arlington, MA 02476

Epiphany Ventures
c/o Robert Fabbricatore, Principal
77 Barnard Avenue
Watertown, MA 02472-3412

Epiphany Ventures
c/o Robert Fabbricatore, Principal
124 Hopewell Point Road
P.O. Box 2107
Wolfeboro, NH 03894

Comm-Tract Corp.
Attn: John Polmonari, CEO
360 2nd Avenue
Waltham, MA 02451

John F. Polmonari
7 Stearn Street, #3
Framingham, MA 01701

Kevin Nee
9 Dunham Road
Lakeville, MA 02347

William R. Baldiga, Esquire
Brown Rudnick Berlack Israels LLP
One Financial Center
Boston, MA 02111

Thomas G. Hoffman
Ilyas J. Rona
Michael Tabb
Greene & Hoffman
125 Summer Street, Suite 1410
Boston, MA 02110