IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:                                                    )<br>                                                           )<br>CTC COMMUNICATIONS GROUP,      )   Chapter 11<br>INC., CTC COMMUNICATIONS        )<br>CORP., CTC COMMUNICATIONS OF    )   Case No. 02-12873(PAW)<br>VIRGINIA, INC., and CTC         )<br>COMMUNICATIONS LEASING CORP.   )<br>                                                           )<br>_____)<br>                                                           )<br>THE CTC LITIGATION TRUST,       )<br>                                                           )<br>        Plaintiff,                                  )<br>                                                           )<br>   v.                                                   )   Civ. No. 05-068-SLR<br>                                                           )<br>ROBERT J. FABBRICATORE, et al.)<br>                                                           )<br>        Defendants.                              )   | |

O R D E R

At Wilmington this 14th day of June, 2005, having reviewed the motion filed by the outside director defendants to withdraw the reference, and the papers filed in connection therewith;

IT IS ORDERED that said motion (D.I. 1) is denied. Although the procedural background to this motion is somewhat troubling,[1] I am persuaded that the crux of the complaint

---

[1] I note in this regard that the bankruptcy judge ruled on a motion to transfer (D.I. 80, 123) before the instant motion was resolved, despite the fact that the instant motion was first filed. I also note that the Trust failed to mention in its complaint that the debtor was a Delaware corporation.

involves core claims asserted against Massachusetts citizens, and all counts of the complaint should be tried to the same tribunal.

                                                                                                                             _____
                                                         United States District Judge