## FOR THE DISTRICT OF DELAWARE
## IN THE UNITED STATES DISTRICT COURT

| | |
|---|---|
| In re | ) |
| | ) |
| CTC COMMUNICATIONS GROUP, | ) |
| INC., et al., | ) Case No. 02-12873 (PJW) |
| | ) |
| | ) Adv. Pro. No. 04-55760 (PBL) |
| _____Debtor._____ | ) |
| | ) |
| THE CTC LITIGATION TRUST, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) C.A. No. 05-CV-68 |
| ROBERT J. FABBRICATORE, et al., | ) |
| | ) |
| Defendants. | ) |
| | ) |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE
## (Brian Kidd)

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission pro hac vice of Brian Kidd of the law firm of Weil, Gotshal & Manges LLP, 767 Fifth Avenue, New York, New York 10153 to represent Defendants Scott M. Sperling and Katherine D. Courage in this action.

Dated: June 15, 2005  
Wilmington, Delaware

EDWARDS & ANGELL LLP

_Denise S. Kraft_

Denise Seastone Kraft (No. 2778)  
919 N. Market Street, Suite 1500  
Wilmington, DE 19801  
(302) 777-7770  
(302) 777-7263 Facsimile  
dkraft@edwardsangell.com

## ORDER GRANTING MOTION

**IT IS HEREBY ORDERED** counsel's motion for admission pro hac vice for Brian Kidd is granted.

_____
Honorable Sue L. Robinson

Dated:_____

WLM_502151_1/DKRAFT